## HUNTER *v.* SMITH.

[No. 14,104.   Filed April 17, 1931.]

*Albert M. Bristor* and *Harry S. Medlock,* for appellant.
*Charles J. Karabell, Silas Lipman* and *Rae W. Powell,* for appellee.

NEAL, P. J.—Affirmed, on authority of *Hunter* v. *Smith* (1930), *ante* 609, 172 N. E. 926; *Bernstein* v. *Rhoades* (1927), *ante* 553, 157 N. E. 463.

## CLARK *v.* HARPER.

[No. 14,049.   Filed January 29, 1931.   Rehearing denied May 14, 1931.]

*Raymer & Olds,* for appellant.
*Hughes & Arnold* and *Alvin M. Arnold,* for appellee.

NEAL, P. J.—Appeal dismissed, upon the authority of *Chicago, etc., Trust Co.* v. *Gillett* (1921), 75 Ind. App. 107, 130 N. E. 144.